U.S. Patent No. 7,551,254                                                                 Exhibit 1

| Claim Language | Accused Products |
| --- | --- |
| [pre] 4. A liquid crystal displaying device, at least comprising: | The Accused Products are liquid crystal displaying devices.<br><br>For example, LG's product page describes the LG 24GS50F-B UltraGear gaming monitor as a 24-inch FHD (1920 x 1080) liquid crystal display monitor.<br><br><br><br>https://www.lg.com/us/monitors/lg-24gs50f-b-gaming-monitor<br><br>The image below shows the LG 24GS50F-B monitor. |

1

U.S. Patent No. 7,551,254 Exhibit 1

| Claim Language | Accused Products |
|---|---|
| | |
| [a] a thin film transistor (TFT);<br><br>a first electrode, coupled to and controlled by the TFT, and the first electrode having a first slit region coupled to the first electrode; | The Accused Products include a TFT and a first electrode coupled to and controlled by the TFT. The first electrode has a first slit region coupled to the first electrode.<br><br>For example, the image below shows the TFT array of the display panel. It shows a TFT, the first electrode (outlined in red), and the first slit region coupled to the first electrode.<br><br> |
| [b] a first capacitor electrode | The Accused Products include a first capacitor electrode and a second capacitor electrode electrically |

U.S. Patent No. 7,551,254　　　　　　　　　　　　　　　　　　　　　　　　Exhibit 1

| Claim Language | Accused Products |
| --- | --- |
| and a second capacitor electrode, electrically connected to each other through the first electrode, wherein the liquid crystal displaying device comprises a vertical-alignment liquid crystal layer, and the first slit region is also used for adjusting orientation of the liquid crystal layer so that a plurality of liquid crystal molecules of the liquid crystal layer are inclined into a plurality of directions while a voltage is applied; | connected to each other through the first electrode.<br><br>For example, the image below shows the first capacitor electrode and the second capacitor electrode.<br><br><br><br>The Accused Products include a vertical-alignment liquid crystal layer. |

U.S. Patent No. 7,551,254                                                              Exhibit 1

| Claim Language | Accused Products |
|---|---|
| | The image below shows the display panel, identifying the TFT substrate, the liquid crystal layer, and the color filter (CF) layer.<br><br><br><br>The LG 24GS50F-B uses a vertical alignment (VA) display, as shown in LG's published specifications:<br><br>| Native Resolution | Aspect Ratio |<br>|---|---|<br>| FHD (1920 x 1080) | 16:9 |<br>| Contrast Ratio | Display Type |<br>| 3000:1 (Typ.) | VA | |

U.S. Patent No. 7,551,254                                                                 Exhibit 1

| Claim Language | Accused Products |
|---|---|
| | https://www.lg.com/us/monitors/lg-24gs50f-b-gaming-monitor<br><br>LG further describes the operation of VA monitors:<br><br><br><br>https://www.lg.com/au/lg-experience/helpful-hints/monitor-types-explained/<br><br>In a VA liquid crystal display, the liquid crystal molecules are inclined when a voltage is applied: |

U.S. Patent No. 7,551,254                                                                 Exhibit 1

| Claim Language | Accused Products |
|---|---|
|  | **THE IDEAL BLACK SCREEN** <br><br> In VA (vertical alignment) LCDs, homeotropic liquid crystals – i.e. those aligned perpendicular to the substrate surface – are switched parallel to the glass substrate by the application of an electric field that is perpendicular to the substrate. This requires liquid crystal mixtures with negative dielectric anisotropy that are aligned perpendicular to the electric field. This is achieved by introducing lateral polar side groups to mesogenic molecules. <br><br> When no voltage is applied, the homeotropic orientation of the liquid crystals initially produces an almost ideal black state between crossed polarizers. VA displays are therefore characterized by excellent contrast values and are generally operated in normally black mode. This means that the screen is black when no voltage is applied. <br><br> Explore VA technologies with the LCD Explorer <br><br> V off / V on diagram: Analyzer, Glass substrate, Electrode, Orientation layer, Liquid crystals, Electric field lines, Polarizer, Unpolarized light <br><br> https://www.emdgroup.com/en/expertise/displays/solutions/liquid-crystals/lcd-technologies/vertical-alignment.html <br><br> On information and belief, the first slit region adjusts the orientation of the liquid crystal layer so that a plurality of liquid crystal molecules are inclined into a plurality of directions while a voltage is applied. |
| [c] a first metal layer formed | The Accused Products include a first metal layer formed on a substrate and a first insulating layer |

U.S. Patent No. 7,551,254                                                                 Exhibit 1

| Claim Language | Accused Products |
|---|---|
| on a substrate;<br><br>a first insulating layer covering the first metal layer; | covering the first metal layer.<br><br>For example, the image below shows the first metal layer formed on the substrate.<br><br><br><br>The images below show these layers: the substrate, the first insulating layer, and the first metal layer covered by the first insulating layer. |

7

U.S. Patent No. 7,551,254                                                      Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,551,254                                                                                    Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,551,254                                                                                    Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,551,254                                                                          Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] a second metal layer having a first part and a second part isolated from each other, and the first part and the first metal layer forming the first capacitor electrode, and the second part and the first metal layer forming the second capacitor electrode; and | The Accused Products include a second metal layer having a first part and a second part isolated from each other. The first part forms a first capacitor electrode with the first metal layer. The second part forms a second capacitor electrode with the first metal layer. The first slit region includes a first slit positioned corresponding to a space for separating the first part and the second part of the second metal layer.<br><br>For example, the image below shows the first part and the second part of the second metal layer, and the first slit positioned corresponding to the space separating the first part and the second part. The images that follow show the second metal layer, including its first part and its second part. |

U.S. Patent No. 7,551,254

Exhibit 1

| Claim Language | Accused Products |
|---|---|
| wherein the first slit region includes a first slit positioned corresponding to a space for separating the first part and the second part of the second metal layer. |  |

U.S. Patent No. 7,551,254                                                                                                    Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,551,254

Exhibit 1

| Claim Language | Accused Products |
|---|---|
| | |

14

U.S. Patent No. 7,551,254                                                                                           Exhibit 1

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,551,254                                                                    Exhibit 1

| Claim Language | Accused Products |
|---|---|
|  | <br><br>The image below shows the first part and the second part of the second metal layer separated by the space corresponding to the first slit. |

16

U.S. Patent No. 7,551,254             Exhibit 1

| Claim Language | Accused Products |
|---|---|
| | |