U.S. Patent No. 7,760,278                                                                                              Exhibit 2

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A liquid crystal panel comprising: | The Accused Products include a liquid crystal panel.<br><br>For example, LG's product page describes the LG 43QNED70A as a 43-inch QNED AI 4K Smart TV, which uses a liquid crystal display panel.<br><br><br><br>https://www.lg.com/us/tvs/lg-43qned70aua-qned-4k-tv |
| [a] a thin film transistor (TFT) substrate, which comprises a common electrode and a ground electrode; | The Accused Products include a TFT substrate, which comprises a common electrode and a ground electrode.<br><br>For example, the image below shows the periphery of the TFT substrate.<br><br>On information and belief, the common electrode is the conductive line at the panel periphery that carries the panel's common (Vcom) voltage and is electrically connected to the common electrode structures of the pixel array, and the ground electrode is the crosshatched conductor formed at the outer periphery of the TFT substrate.<br><br>On information and belief, the substrate is a TFT substrate comprising thin film transistors that drive the pixels of the panel. |

U.S. Patent No. 7,760,278                                                           Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  |
| [b] a color filter (CF) substrate opposite to the TFT substrate, the CF substrate comprising a conductive layer formed thereat; | The Accused Products include a CF substrate opposite to the TFT substrate, and the CF substrate comprises a conductive layer formed thereat.<br><br>For example, the image below shows the CF layer opposite the TFT substrate, with the liquid crystal layer between them. |

U.S. Patent No. 7,760,278 

Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  On information and belief, the CF substrate comprises a transparent conductive layer (indium tin oxide) formed at its surface adjacent to the liquid crystal layer. Active-matrix liquid crystal panels of this type require a transparent common electrode layer at the color filter substrate, which is electrically connected to circuitry on the TFT substrate through crossover connections at the periphery of the panel. The image below shows the CF substrate adjacent to the liquid crystal layer. |

U.S. Patent No. 7,760,278                                                                                              Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] a liquid crystal layer sandwiched between the TFT and the CF substrates; and | The Accused Products include a liquid crystal (LC) layer sandwiched between the TFT and CF substrates.<br><br>For example, the image below shows the liquid crystal (LC) layer sandwiched between the TFT substrate and the CF layer. |

4

U.S. Patent No. 7,760,278

Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  The diagram below illustrates the structure of a TFT LCD, in which the liquid crystal layer is sandwiched between the TFT glass substrate and the color filter substrate: |

U.S. Patent No. 7,760,278                                                                 Exhibit 2

| Claim Language | Accused Products |
|---|---|
| | **Structure of a TFT LCD**<br><br>Polarizer<br>Glass substrate<br>Color filter(RGB)<br>Common electrode<br>Liquid crystal<br>Pixel electrode<br>TFT<br>Glass substrate<br>Polarizer<br>Backlight<br><br>https://www.orientdisplay.com/knowledge-base/tft-basics/how-does-tft-displays-work/ |
| [d] a sealant provided between the TFT substrate and the CF substrate at a peripheral region of the TFT substrate and the CF substrate; | The Accused Products include a sealant provided between the TFT substrate and the CF substrate at a peripheral region of the TFT substrate and the CF substrate.<br><br>For example, the images below show the sealant at the peripheral region of the TFT substrate. |

U.S. Patent No. 7,760,278                                                      Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  The image below shows the sealant (shown in red) at the peripheral region. |

U.S. Patent No. 7,760,278                                                                    Exhibit 2

| Claim Language | Accused Products |
|---|---|
|  | The image below shows the sealant between the peripheral region of the CF substrate and the peripheral region of the TFT substrate. |

U.S. Patent No. 7,760,278                                                          Exhibit 2

| Claim Language | Accused Products |
|---|---|
| <br><br><br><br><br><br><br><br><br><br><br><br> |  |
| [e] wherein the conductive layer is adjacent to the liquid crystal layer and does not cover the peripheral region of the CF substrate,<br><br>the common electrode is adjacent to the liquid crystal layer,<br><br>the ground electrode is formed at the peripheral region of the TFT substrate | The Accused Products satisfy this limitation.<br><br>On information and belief, the conductive layer is adjacent to the liquid crystal layer and does not cover the peripheral region of the CF substrate.<br><br>On information and belief, the conductive layer is not deposited in, or is removed from, the seal area at the periphery of the CF substrate, leaving the peripheral region of the CF substrate uncovered by the conductive layer.<br><br>The common electrode and the ground electrode are insulated from each other via a groove. The groove is the space that separates and electrically insulates the common electrode from the ground electrode. For example, the image below shows the groove: |

U.S. Patent No. 7,760,278                                          Exhibit 2

| Claim Language | Accused Products |
| --- | --- |
| and is generally adjacent to the common electrode,<br><br>the common electrode and the ground electrode are insulated from each other via a groove, and<br><br>the sealant encloses the conductive layer and the common electrode therein and covers the ground electrode. | <br><br>The common electrode is adjacent to the liquid crystal layer, and the ground electrode is formed at the peripheral region of the TFT substrate, generally adjacent to the common electrode. The image below shows the peripheral region of the TFT substrate adjacent to the seal area: |

U.S. Patent No. 7,760,278                                                                              Exhibit 2

| Claim Language | Accused Products |
|---|---|
|  | <br><br>The sealant encloses the conductive layer and the common electrode therein and covers the ground electrode. The crosshatch pattern of the ground electrode continues underneath the sealant. For example, the image below shows the sealant covering the ground electrode at the peripheral region of the TFT substrate: |

11

U.S. Patent No. 7,760,278                                                                                           Exhibit 2

| Claim Language | Accused Products |
|---|---|
| |  |

U.S. Patent No. 7,760,278                                                                Exhibit 2

| Claim Language | Accused Products |
|---|---|
|  |  |