U.S. Patent No. 8,047,668                                                                 Exhibit 3

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A display device, comprising: | The Accused Products are display devices.<br><br>For example, LG's product page describes the LG 24GS50F-B UltraGear gaming monitor:<br><br><br><br>https://www.lg.com/us/monitors/lg-24gs50f-b-gaming-monitor<br><br>The image below shows the LG 24GS50F-B monitor. |

1

U.S. Patent No. 8,047,668                                                                Exhibit 3

| Claim Language | Accused Products |
|---|---|
| [a] a display panel; | The Accused Products include a display panel. For example, the image below shows the display panel.<br><br> |
| [b] a circuit board electrically connected to the display panel and having at least one fixing portion; and | The Accused Products include a circuit board electrically connected to the display panel and having at least one fixing portion. For example, the image below shows the circuit board, its connection to the display panel, and a fixing portion (the through-hole that receives the protruding portion of the lamp cover, as shown below). |

U.S. Patent No. 8,047,668                                                                                    Exhibit 3

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] a backlight module disposed at one side of the display panel, wherein the backlight module comprises: | The Accused Products include a backlight module disposed at one side of the display panel. For example, the image below shows the backlight module disposed on the backside of the display panel. |

3

U.S. Patent No. 8,047,668                                                                                        Exhibit 3

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] at least one light source; | The backlight module of the Accused Products comprises at least one light source. The Accused Products employ an edge-lit backlight, with the light source (LEDs) mounted along an edge of the backlight module. For example, the image below shows the light source. |

4

U.S. Patent No. 8,047,668

Exhibit 3

| Claim Language | Accused Products |
|---|---|
| |  |
| [e] a lamp cover having an inner surface and an outer | The backlight module of the Accused Products comprises a lamp cover having an inner surface and an outer surface, and the light source is at least partially surrounded by the inner surface. For |

U.S. Patent No. 8,047,668                                                                 Exhibit 3

| Claim Language | Accused Products |
|---|---|
| surface, wherein the at least one light source is at least partially surrounded by the inner surface; and | example, the images below show the outer surface of the lamp cover and the inner surface of the lamp cover, which at least partially surrounds the light source.<br><br>On information and belief, the LEDs of the light source are mounted on a printed circuit board affixed to an L-shaped metal member of the lamp cover, and a further portion of the lamp cover extends over the LEDs, such that the inner surface of the lamp cover surrounds the light source on at least two sides.<br><br> |

6

U.S. Patent No. 8,047,668                                                                 Exhibit 3

| Claim Language | Accused Products |
|---|---|
| <br><br><br><br><br><br><br><br><br><br><br><br><br>  | |
| [f] at least one protruding portion located at the outer surface and integrated with | The backlight module of the Accused Products comprises at least one protruding portion located at the outer surface and integrated with the lamp cover to serve as a fixing structure. For example, the image below shows the protruding portion at the outer surface of the lamp cover. |

U.S. Patent No. 8,047,668                                                                                            Exhibit 3

| Claim Language | Accused Products |
| --- | --- |
| the lamp cover to serve as a fixing structure; wherein |  |
| [g] the circuit board is disposed on the outer surface of the lamp cover; and | In the Accused Products, the circuit board is disposed on the outer surface of the lamp cover. For example, the image below shows the circuit board disposed on the outer surface of the lamp cover. |

8

U.S. Patent No. 8,047,668                                                                            Exhibit 3

| Claim Language | Accused Products |
|---|---|
| |  |
| [h] the at least one protruding portion is in contact with the at least one fixing portion for constraining movements of the circuit board relative to the lamp cover. | In the Accused Products, the protruding portion is in contact with the fixing portion of the circuit board, constraining movements of the circuit board relative to the lamp cover. For example, the image below shows the protruding portion received in, and in contact with, the fixing portion of the circuit board. |

9

U.S. Patent No. 8,047,668                                                      Exhibit 3

| Claim Language | Accused Products |
|---|---|
| |  |