U.S. Patent No. 8,373,624

Exhibit 4

| Claim Language | Accused Products |
|---|---|
| [pre] 1. An organic light emitting display device comprising: | The Accused Products include an organic light emitting display device.<br><br>For example, LG's product page describes the LG gram Pro 2-in-1 laptop (model 16T90TP) with a 16-inch OLED touch display:<br><br><br>https://www.lg.com/us/laptops/lg-16t90tp-k.aab4u1-gram-laptop |

U.S. Patent No. 8,373,624

Exhibit 4

| Claim Language | Accused Products |
|---|---|
| [a] an active matrix substrate comprising an array of active elements disposed in an active region and a control circuit disposed in a peripheral region; | The Accused Products include an active matrix substrate comprising an array of active elements disposed in an active region and a control circuit disposed in a peripheral region.<br><br>For example, the image below shows the active matrix in the active region.<br><br><br><br>On information and belief, the active matrix substrate includes control circuitry, including gate driver circuits, disposed in the peripheral region outside the active region. The image below shows the edge region of the panel. |

2

U.S. Patent No. 8,373,624                                                                                  Exhibit 4

| Claim Language | Accused Products |
|---|---|
|  | BED-C  15.0 kV  WD 14.9 mm      High-PC      Low Vac. x600                    20 µm |
| [b] a color filter substrate oppositely disposed to the active matrix substrate, comprising: | The Accused Products include a color filter substrate oppositely disposed to the active matrix substrate. On information and belief, the color filter and black matrix layers of the Accused Products are formed at a substrate disposed opposite the active matrix substrate, directly above the OLED pixel array. The image below shows these structures. |

3

U.S. Patent No. 8,373,624                                                                                      Exhibit 4

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] color filter elements with different colors; | The Accused Products include color filter elements with different colors.<br><br>For example, the image below shows the red, green, and blue color filter elements of the display panel. On information and belief, the display panel employs white-OLED-type emission with color filter elements that produce the red, green, and blue subpixel colors. |

U.S. Patent No. 8,373,624                                                                                            Exhibit 4

| Claim Language | Accused Products |
|---|---|
| | |
| [d] a black matrix layer enclosing the color filter elements in a region corresponding to the active region; and | The Accused Products include a black matrix layer enclosing the color filter elements in a region corresponding to the active region.<br><br>For example, the image below shows the black matrix enclosing the color filter elements. |

U.S. Patent No. 8,373,624　　　　　　　　　　　　　　　　　　　　　　Exhibit 4

| Claim Language | Accused Products |
| --- | --- |
| | <br><br>The image below also shows the black matrix layer in a region corresponding to the active region. |

U.S. Patent No. 8,373,624

Exhibit 4

| Claim Language | Accused Products |
|---|---|
| | Black Matrix |
| [e] an extension of the black matrix layer in a region corresponding to the peripheral region; | The Accused Products include an extension of the black matrix layer in a region corresponding to the peripheral region.<br><br>On information and belief, the black matrix layer extends into a region corresponding to the peripheral region of the active matrix substrate. The image below shows the black matrix layer. |

U.S. Patent No. 8,373,624                                                          Exhibit 4

| Claim Language | Accused Products |
|---|---|
| |  |
| [f] an array of OLED pixels interposed between the active matrix substrate and the color filter substrate on the active region, wherein each of the OLED pixels comprise an anode, an | The Accused Products include an array of OLED pixels interposed between the active matrix substrate and the color filter substrate on the active region, wherein each of the OLED pixels comprise an anode, an organic electroluminescent layer, and a cathode.<br><br>For example, the image below shows an OLED pixel, including the organic electroluminescent layer. |

U.S. Patent No. 8,373,624                                                                                     Exhibit 4

| Claim Language | Accused Products |
|---|---|
| organic electroluminescent layer, and a cathode; | <br><br>The image below shows the anode and the cathode of the OLED pixel. |

U.S. Patent No. 8,373,624                                                                Exhibit 4

| Claim Language | Accused Products |
|---|---|
| | |
| [g] a first conductive component electrically connecting the control circuit and the extension of the black matrix layer; and | The Accused Products include a first conductive component electrically connecting the control circuit and the extension of the black matrix layer.<br><br>On information and belief, a first conductive component at the periphery of the panel electrically connects control circuitry on the active matrix substrate to the extension of the black matrix layer. The image below shows the black matrix layer. |

U.S. Patent No. 8,373,624                                                                 Exhibit 4

| Claim Language | Accused Products |
|---|---|
| |  |
| [h] a second conductive component electrically connecting the black matrix layer and the cathode. | The Accused Products include a second conductive component electrically connecting the black matrix layer and the cathode.<br><br>On information and belief, a second conductive component electrically connects the black matrix layer and the cathode. The cathode of the OLED array is a continuous layer extending to the periphery of the panel where, on information and belief, it is electrically tied to the black matrix layer. The image below shows the black matrix layer and the cathode. |

U.S. Patent No. 8,373,624                                                          Exhibit 4

| Claim Language | Accused Products |
|---|---|
| |  |