U.S. Patent No. 8,956,033                                                                                   Exhibit 5

| Claim Language | Accused Products |
| --- | --- |
| [pre] 1. A display device, comprising: | The Accused Products are display devices. For example, LG's product page describes the LG 32G60WA-B UltraGear 32-inch QHD curved gaming monitor:<br><br><br><br>https://www.lg.com/us/monitors/lg-32g60wa-b-gaming-monitor<br><br>The image below shows the LG 32G60WA-B monitor. |

1

U.S. Patent No. 8,956,033                                                                    Exhibit 5

| Claim Language | Accused Products |
|---|---|
| | |
| [a] a backlight module, including: a bottom frame; | The Accused Products include a backlight module, including a bottom frame. The backlight module includes the bottom frame, the light guide, the optical film structure, and the top frame shown in the images in this chart. For example, the image below shows the bottom frame of the backlight module.<br><br> |

2

U.S. Patent No. 8,956,033                                                                 Exhibit 5

| Claim Language | Accused Products |
|---|---|
| [b] a light guide, disposed above the bottom frame; | The Accused Products include a light guide disposed above the bottom frame. For example, the image below shows the light guide disposed above the bottom frame.<br><br> |
| [c] an optical film structure, disposed above the light guide; and | The Accused Products include an optical film structure disposed above the light guide. For example, the image below shows the optical films disposed above the light guide. |

3

U.S. Patent No. 8,956,033                                                                                               Exhibit 5

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] a top frame, covering a periphery of the optical film structure and covering a lateral side of the bottom frame, wherein the top frame includes: | The Accused Products include a top frame covering a periphery of the optical film structure and covering a lateral side of the bottom frame. For example, the image below shows the top frame covering a periphery of the optical film structure. |

U.S. Patent No. 8,956,033                                                                     Exhibit 5

| Claim Language | Accused Products |
|---|---|
| |  |

5

U.S. Patent No. 8,956,033                                                                                    Exhibit 5

| Claim Language | Accused Products |
|---|---|
| [e] a first board; and | The Accused Products include a first board. In the '033 Patent, the "boards" are the walls or segments of the top frame (e.g., elements 1151 and 1152), not a printed circuit board. The first board is the top wall of the black top frame, the lip of which extends over the optical film structure; the display panel is adhered to that lip by a thin adhesive tape. For example, the image below shows the first board of the top frame. |

U.S. Patent No. 8,956,033                                                                  Exhibit 5



**First Board
(top wall of the top frame)**

U.S. Patent No. 8,956,033                                                                                    Exhibit 5

| Claim Language | Accused Products |
|---|---|
|  |  |
| [f] a second board connected to the first board and covering a lateral surface of the light guide; and | The Accused Products include a second board connected to the first board and covering a lateral surface of the light guide. For example, the image below shows the second board, which is connected to the first board and covers a lateral surface of the light guide. |

U.S. Patent No. 8,956,033                                                                                          Exhibit 5

| Claim Language | Accused Products |
|---|---|
|  | |
| [g] a panel, disposed above the top frame, wherein the first board is disposed | The Accused Products include a panel disposed above the top frame, wherein the first board is disposed between the optical film structure and the panel. The optical film stack sits below the first board (the top wall of the black top frame), and the panel sits above the first board, such that the first |

U.S. Patent No. 8,956,033 Exhibit 5

| Claim Language | Accused Products |
|---|---|
| between the optical film structure and the panel. | board is disposed between the optical film structure and the panel. For example, the images below show the panel disposed above the top frame, and show the first board disposed between the optical film structure and the panel. |

U.S. Patent No. 8,956,033                                                                                       Exhibit 5

| Claim Language | Accused Products |
| --- | --- |
|  |  |

U.S. Patent No. 8,956,033 Exhibit 5

| Claim Language | Accused Products |
| --- | --- |
| |  |