U.S. Patent No. 9,000,425                                                                Exhibit 6

| Claim Language | Accused Products |
|---|---|
| [pre] 1. An organic light emitting diode, comprising: | The Accused Products include an organic light emitting diode.<br><br>For example, LG's product page describes the LG gram Pro 2-in-1 laptop (model 16T90TP) with a 16-inch OLED touch display:<br><br><br><br>https://www.lg.com/us/laptops/lg-16t90tp-k.aab4u1-gram-laptop<br><br>The images below show the organic light emitting diodes of the display panel. |

1

U.S. Patent No. 9,000,425 Exhibit 6

| Claim Language | Accused Products |
|---|---|
| | |
| [a] a reflecting layer; | The Accused Products include a reflecting layer. |

U.S. Patent No. 9,000,425                                                                Exhibit 6

| Claim Language | Accused Products |
|---|---|
|  | For example, the image below shows the reflecting layer.<br><br><br><br>The reflecting layer comprises titanium and aluminum, as shown in the images below. |

3

U.S. Patent No. 9,000,425                                                                                       Exhibit 6

| Claim Language | Accused Products |
|---|---|
| | Al-K<br><br>Ti-K<br> |
| [b] a resonance enhancing layer disposed on the reflecting layer; | The Accused Products include a resonance enhancing layer disposed on the reflecting layer.<br><br>For example, the image below shows the resonance enhancing layer disposed on the reflecting layer (outlined in red). |

U.S. Patent No. 9,000,425                                              Exhibit 6

| Claim Language | Accused Products |
|---|---|
| |  |
| [c] a first electrode disposed on the resonance enhancing layer, wherein the resonance enhancing layer is disposed between the reflecting layer and the first electrode; | The Accused Products include a first electrode disposed on the resonance enhancing layer. The resonance enhancing layer is disposed between the reflecting layer and the first electrode.<br><br>For example, the image below shows the first electrode, the resonance enhancing layer, and the reflecting layer, with the resonance enhancing layer disposed between the reflecting layer and the first electrode. |

U.S. Patent No. 9,000,425                                                                 Exhibit 6

| Claim Language | Accused Products |
|---|---|
| |  Upon information and belief, the anode (first electrode) is at least partially transparent. The images below show the anodes of the OLED pixels. |

6

U.S. Patent No. 9,000,425                                                                Exhibit 6

| Claim Language | Accused Products |
|---|---|
|  | |

U.S. Patent No. 9,000,425                                                                          Exhibit 6

| Claim Language | Accused Products |
|---|---|
| | |
| [d] an organic layer disposed on the first electrode; and<br><br>a second electrode disposed on the organic layer, wherein the organic layer is disposed between the first electrode and the second electrode, | The Accused Products include an organic layer disposed on the first electrode and a second electrode disposed on the organic layer. The organic layer is disposed between the first and second electrodes.<br><br>For example, the image below shows the first electrode, the organic layer, and the second electrode, with the organic layer disposed between the first and second electrodes. |

U.S. Patent No. 9,000,425                                                                 Exhibit 6

| Claim Language | Accused Products |
|---|---|
| |  The organic layer comprises carbon and oxygen, as shown in the images below: |

U.S. Patent No. 9,000,425                                                                 Exhibit 6

| Claim Language | Accused Products |
|---|---|
| | C-K       O-K<br><br><br>   □ 5µm     □ 5µm<br><br>Both electrodes comprise silver, as shown in the image below:<br><br>Ag-L<br><br><br>   □ 5µm |
| [e] wherein a thickness of the resonance enhancing | The resonance enhancing layer of the Accused Products has a thickness in a range from 500 nm to 10 µm. |

U.S. Patent No. 9,000,425

Exhibit 6

| Claim Language | Accused Products |
|---|---|
| layer is in a range from 500 nm to 10 µm. | For example, the image below shows that the resonance enhancing layer is approximately 1.5 µm thick, within the claimed range of 500 nm to 10 µm.<br><br> |

11