U.S. Patent No. 9,312,287                                                                 Exhibit 7

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A display panel, comprising: | The Accused Products include a display panel.<br>For example, LG's product page describes the LG 43QNED70A 43-inch QNED AI 4K Smart TV, which uses a liquid crystal display panel:<br><br><br><br>https://www.lg.com/us/tvs/lg-43qned70aua-qned-4k-tv |
| [a] a TFT substrate, including: | The Accused Products include a TFT substrate. For example, the images below show the pixel array of the TFT substrate. |

1

U.S. Patent No. 9,312,287                                                                    Exhibit 7

| Claim Language | Accused Products |
| --- | --- |
| | |
| [b] a substrate; | The Accused Products include a substrate, a thin film transistor (TFT) and a drain. |

U.S. Patent No. 9,312,287                                                                                      Exhibit 7

| Claim Language | Accused Products |
|---|---|
| a thin film transistor disposed on the substrate and having a drain; | For example, the image below shows the substrate, a TFT, and its drain. The drain is the terminal of the thin film transistor that connects to the pixel electrode of the panel.<br><br><br><br>The image below shows the region discussed in the following limitations: |

3

U.S. Patent No. 9,312,287 Exhibit 7

| Claim Language | Accused Products |
|---|---|
| | **Electron Image 2**<br><br><br><br>2.5μm |
| [c] a first insulating layer including a first sub-layer and a second sub-layer disposed on the drain sequentially, wherein the first sub-layer has a first | The Accused Products include a first insulating layer. On information and belief, the first insulating layer includes a first and a second sub-layer disposed on the drain sequentially, over the drain at the via through which the pixel electrode of the panel connects to the drain.<br><br>The image below shows the same region: |

U.S. Patent No. 9,312,287                                                                 Exhibit 7

| Claim Language | Accused Products |
|---|---|
| opening with a first width, the second sub-layer has a second opening with a second width on the first opening, the first opening and the second opening form a first via, and the second width is greater than the first width; |  The images below show the layers in this region: |

5

U.S. Patent No. 9,312,287                                                                                 Exhibit 7

| Claim Language | Accused Products |
|---|---|
| | <br><br>On information and belief, the first sub-layer has a first opening with a first width, and the second sub-layer has a second opening, on the first opening, with a second width greater than the first width, the two openings together forming the via at which the pixel electrode contacts the drain. The image below shows the thin film transistor structure, including the drain. |

U.S. Patent No. 9,312,287 Exhibit 7

| Claim Language | Accused Products |
|---|---|
| |  |
| [d] a passivation layer disposed on the first insulating layer; | The Accused Products include a passivation layer ($Al_2O_3$) disposed on the first insulating layer. The images below show the passivation layer on the first insulating layer. |

U.S. Patent No. 9,312,287                                                                                      Exhibit 7

| Claim Language | Accused Products |
|---|---|
|  | |
| [e] a second insulating layer disposed on the passivation layer; and | The Accused Products include a second insulating layer disposed on the passivation layer.<br><br>On information and belief, a second insulating layer is disposed on the passivation layer in the region over the drain.<br><br>The image below shows the layer structure over the region of the thin film transistor. |

U.S. Patent No. 9,312,287                                                                          Exhibit 7

| Claim Language | Accused Products |
|---|---|
|  | <br><br>The image below shows this region: |

U.S. Patent No. 9,312,287                                                                                   Exhibit 7

| Claim Language | Accused Products |
|---|---|
| | |
| [f] a pixel electrode layer disposed on the second insulating layer and disposed in the first via to connect the drain; | The Accused Products include a pixel electrode layer disposed on the second insulating layer and disposed in the first via to connect the drain. On information and belief, the pixel electrode layer of the panel is a separate conductive layer disposed over the insulating layers and connects to the drain through a via in the insulating layers disposed on the drain, as shown in the plan-view images above. The images below show the pixel electrode layer disposed on the second insulating layer and extending into the first via to connect the drain. |

U.S. Patent No. 9,312,287                                                                                            Exhibit 7

| Claim Language | Accused Products |
|---|---|
| |  |
| [g] an opposite substrate; and a display layer disposed between the TFT substrate and the opposite substrate. | The Accused Products include an opposite substrate and a display layer disposed between the TFT substrate and the opposite substrate.<br>For example, the image below shows the TFT substrate, the liquid crystal layer (the display layer), and the opposite substrate (the CF layer). |

11

U.S. Patent No. 9,312,287                                                      Exhibit 7

| Claim Language | Accused Products |
|---|---|
| |  The '287 Patent specification confirms that the display layer may be a liquid crystal layer: "To be noted, in this embodiment, the display layer L is a liquid crystal layer so it works with the backlight module B. If the display layer L is an organic light-emitting layer, the backlight module B can be removed." '287 Patent at 8:53–55. |