U.S. Patent No. 9,436,305                                                                 Exhibit 8

| Claim Language | Accused Products |
|---|---|
| [pre] 1. A touch display apparatus, comprising: | The Accused Products include a touch display.<br><br>For example, LG's product page describes the LG gram Pro 2-in-1 laptop (model 16T90TP) with a 16-inch OLED touch display:<br><br><br><br>https://www.lg.com/us/laptops/lg-16t90tp-k.aab4u1-gram-laptop |

U.S. Patent No. 9,436,305                                                            Exhibit 8

| Claim Language | Accused Products |
|---|---|
| [a] a display panel including a first substrate and a second substrate disposed oppositely, wherein the first substrate has a first side, the second substrate has a second side corresponding to the first side, and the first side is disposed beyond the second side; | The Accused Products include a display panel including a first substrate and a second substrate disposed oppositely. The first substrate has a first side, the second substrate has a second side corresponding to the first side, and the first side is disposed beyond the second side.<br><br>For example, the image below shows the first substrate, the second substrate disposed oppositely, and the touch panel above them.<br><br><br><br>The image below shows the first side of the first substrate and the second side of the second substrate, with the first side disposed beyond the second side. The first (lower) substrate of the display panel is larger than the second (upper) substrate and extends beyond it along at least the corresponding side, where driver circuitry is mounted on the ledge of the first substrate. |

U.S. Patent No. 9,436,305                                                                 Exhibit 8

| Claim Language | Accused Products |
|---|---|
| | |
| [b] a touch panel, including a touch substrate, wherein the second substrate is disposed between the touch substrate and the first substrate, and the area of the touch substrate is less than or equal to that of the second substrate, wherein the touch substrate has a third side, and the second substrate has a side corresponding to the third | The Accused Products include a touch panel with a touch substrate. The second substrate is disposed between the touch substrate and the first substrate, and the area of the touch substrate is less than or equal to that of the second substrate.<br><br>For example, the image below shows the touch panel and shows the second substrate disposed between the touch substrate and the first substrate. |

U.S. Patent No. 9,436,305                                                                                              Exhibit 8

| Claim Language | Accused Products |
|---|---|
| side, and the third side is disposed beyond the side of the second substrate corresponding to the third side; and | <br><br>The image below shows the touch panel's width and the second substrate's width. On information and belief, the area of the touch substrate is less than or equal to that of the second substrate: the touch substrate's dimensions are less than or equal to the second substrate's corresponding dimensions along both axes, as reflected in the width comparison below and in the top-down images of the touch substrate and the display panel later in this chart. |

4

U.S. Patent No. 9,436,305 Exhibit 8

| Claim Language | Accused Products |
|---|---|
|  |  The touch substrate has a third side, and the second substrate has a side corresponding to the third side, and the third side is disposed beyond the side of the second substrate corresponding to the third side.<br><br>The image below shows the third side of the touch substrate and the corresponding side of the second substrate, with the third side disposed beyond it. |

U.S. Patent No. 9,436,305                                                          Exhibit 8

| Claim Language | Accused Products |
|---|---|
|  | <br><br>The touch panel comprises conductive traces. The images below show the conductive trace grid of the touch panel, which comprises silver: |

U.S. Patent No. 9,436,305                                                                 Exhibit 8

| Claim Language | Accused Products |
|---|---|
| | |
| [c] a buffer element disposed between the touch | The Accused Products include a buffer element disposed between the touch substrate and the first substrate and adjacent to the third side of the touch substrate. |

U.S. Patent No. 9,436,305                                                                                      Exhibit 8

| Claim Language | Accused Products |
|---|---|
| substrate and the first substrate and adjacent to the third side of the touch substrate, wherein the buffer element has a lengthwise direction, and along the lengthwise direction, the buffer element has a first length, the first substrate has a second length and the touch substrate has a third length, and the first length is less than or equal to the second length and is larger than or equal to the third length. | For example, the image below shows the buffer element disposed between the touch substrate and the first substrate, adjacent to the third side of the touch substrate.<br><br><br><br>The buffer element has a lengthwise direction, and along the lengthwise direction, the buffer element has a first length, the first substrate has a second length and the touch substrate has a third length. On information and belief, the first length is less than or equal to the second length and is larger than or equal to the third length: the buffer element runs along the full overhanging edge of the touch substrate, within the footprint of the first substrate, so that it supports the full overhanging edge of the touch substrate. |

U.S. Patent No. 9,436,305                                                                    Exhibit 8

| Claim Language | Accused Products |
|---|---|
| | The images below show the buffer element's length (the first length), the first substrate's length (the second length), and the touch substrate's length (the third length), showing that the first length is less than or equal to the second length and greater than or equal to the third length.<br><br> |

U.S. Patent No. 9,436,305                                                                                     Exhibit 8

| Claim Language | Accused Products |
|---|---|
| |  |